```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 57734
    ELEANOR COLE BEASLEY
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-6623


--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/15/2005 and was not confirmed.

     The case was transferred to Glenn Stearns, Trustee on 01/04/2006.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------

CITICORP TRUST BANK      CURRENT MORTG           .00           .00           .00
CITICORP TRUST BANK      SECURED NOT I           .00           .00           .00
CAPITAL ONE              UNSEC W/INTER        422.15           .00           .00
CAPITAL ONE              UNSEC W/INTER       3931.28           .00           .00
TARGET NATIONAL BANK     UNSEC W/INTER       1995.03           .00           .00
ECAST SETTLEMENT CORP    UNSEC W/INTER       3392.18           .00           .00
AAA FINANCIAL SERVICES   UNSEC W/INTER    NOT FILED            .00           .00
AMERICAN GENERAL         UNSEC W/INTER    NOT FILED            .00           .00
BACHRACH                 UNSEC W/INTER    NOT FILED            .00           .00
CAPITAL ONE              UNSEC W/INTER    NOT FILED            .00           .00
CARD MEMBER SERVICES     UNSEC W/INTER    NOT FILED            .00           .00
CBUSA                    UNSEC W/INTER    NOT FILED            .00           .00
CHASE MANHATTAN EDUCATIO UNSEC W/INTER    NOT FILED            .00           .00
CITIMORTGAGE             UNSEC W/INTER    NOT FILED            .00           .00
CONSECO                  UNSEC W/INTER    NOT FILED            .00           .00
GEMB M WARD              UNSEC W/INTER    NOT FILED            .00           .00
GMAC                     UNSEC W/INTER    NOT FILED            .00           .00
MENARDS                  UNSEC W/INTER    NOT FILED            .00           .00
KOHLS                    UNSEC W/INTER    NOT FILED            .00           .00
MBNA AMERICA             UNSEC W/INTER    NOT FILED            .00           .00
MIDLAND MORTGAGE CO      UNSEC W/INTER    NOT FILED            .00           .00
MONEY CONTROL INC        UNSEC W/INTER    NOT FILED            .00           .00
MORTGAGE LENDERS         UNSEC W/INTER    NOT FILED            .00           .00
NICOR GAS                UNSEC W/INTER    NOT FILED            .00           .00
PIER ONE IMPORTS         UNSEC W/INTER    NOT FILED            .00           .00
TARGET NATIONAL BANK     UNSEC W/INTER    NOT FILED            .00           .00
THD CBUSA                UNSEC W/INTER    NOT FILED            .00           .00
TNB VISA                 UNSEC W/INTER    NOT FILED            .00           .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY             .00                         .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 57734 ELEANOR COLE BEASLEY
```

```
------------------------------------------------------------------------------
TRUSTEE                                              .00

PRIORITY                                                                 .00
SECURED                                                                  .00
UNSECURED                                                                .00
ADMINISTRATIVE                                                           .00
TRUSTEE COMPENSATION                                                     .00
DEBTOR REFUND                                                            .00
                                              ---------------   ---------------
TOTALS                                               .00                 .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 05/03/06                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                              PAGE   2
          CASE NO. 05 B 57734 ELEANOR COLE BEASLEY