```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 05 B 57734
   ELEANOR COLE BEASLEY
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

              Debtor
      SSN XXX-XX-6623


-----------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

      1.  The case was filed on 10/15/05 and confirmed on 04/27/06.

      2.  The plan is paid in full.

      3.  The Debtor paid a total of $   7020.00 .

      4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITICORP TRUST BANK | CURRENT MORTG | .00 | .00 | .00 |
| AAA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| BACHRACH | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 3931.28 | .00 | 910.99 |
| CAPITAL ONE BANK | UNSECURED | 422.15 | .00 | 97.82 |
| CARDMEMBER SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CBUSA SEARS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5552.96 | .00 | 1286.77 |
| CITIMORTGAGE | UNSECURED | NOT FILED | .00 | .00 |
| CONSECO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| GEMB/JCP | UNSECURED | NOT FILED | .00 | .00 |
| SAMS | UNSECURED | NOT FILED | .00 | .00 |
| *GMAC FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 3392.18 | .00 | 786.06 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND MORTGAGE CO | UNSECURED | NOT FILED | .00 | .00 |
| MONEY CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| MORTGAGE LENDER NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PIER 1 IMPORTS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1995.03 | .00 | 462.30 |
| CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| RETAILER'S NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITICORP TRUST BANK | MORTGAGE ARRE | 987.18 | .00 | 987.18 |

          Summary of disbursements:

```
                      SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     987.18           .00     15293.60           .00      16280.78
PRINCIPAL PAID         987.18           .00      3543.94           .00       4531.12
INTEREST PAID             .00           .00          .00           .00            .00
TOTAL PAID             987.18           .00      3543.94           .00       4531.12
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC     , was allowed $   2200.00
and was paid $     3.80  direct and $   2196.20  through the plan.

The Trustee received $    292.68 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/16/09                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 05 B 57734 ELEANOR COLE BEASLEY